QUINTANA, DEMANDANTE Y APELADO, *v.* CENTRAL VANNINA, DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Distrito Primero, en pleito sobre daños y perjuicios.

No. 2752.—Resuelto en julio 12, 1923.

DAÑOS Y PERJUICIOS POR NEGLIGENCIA—CUANTÍA DE LOS DAÑOS.—Probado que a causa de la negligencia de la demandada el demandante, que era administrador y gerente de una sociedad agrícola, recibió contusiones que le retu-

vieron recluído en su casa sin poder dedicarse a sus ocupaciones durante un mes, y le causaron dolores físicos y sufrimientos mentales, *se resolvió:* que una indemnización de $500 era razonable.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. D. Monserrat.*

Abogados del apelado: *Sres. F. González* y *C. Iriarte Jr.*

EL JUEZ ASOCIADO SR. FRANCO SOTO, emitió la opinión del tribunal.

Domingo Quintana demandante en este caso, era uno de los pasajeros que viajaba en el automóvil propiedad de Gerardo M. García, conducido por él mismo, con el cual chocó el ferrocarril de la demandada en la tarde del 19 de febrero de 1920. En la opinión emitida en el recurso No. 2753 interpuesto en el pleito seguido por Ramona Morales, otro de los pasajeros que viajaba en dicho automóvil, contra la Central Vannina, se han estudiado todas las cuestiones de hecho y legales envueltas en el asunto. Los principios allí establecidos son aquí enteramente aplicables.

Sólo resta una cuestión distinta a estudiar y a resolver aquí particularmente, a saber: la cuantía de la indemnización. El demandante solicitó mil dólares. La corte le concedió quinientos. Se probó que el demandante era administrador y gerente de una sociedad que se dedica al cultivo de cañas y recibió a consecuencia del choque contusiones en todo el cuerpo que le tuvieron recluído en su casa sin poder dedicarse a las ocupaciones de su empleo durante un mes y le causaron dolores físicos y sufrimientos mentales.

Siendo ello así, no vemos que la suma de quinientos dollars sea exagerada, y, en tal virtud, debe confirmarse en todas sus partes la sentencia recurrida.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.